IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP 15  PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GWENDOLYN HAWKINS for
EARNEST SIMMONS,

    Plaintiff,

VS.

NO. 05-2600-MaP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

## ORDER OF REFERENCE

Before the court are plaintiff's August 18, 2005, Social Security Complaint and motion for appointment of counsel. This matter is hereby referred to the United States Magistrate Judge for a report and recommendation. Any exceptions to the magistrate's report shall be made within ten (10) days of his report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED this 15th day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02600 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT